UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 3:14 CR 00159 |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| TIANDRE M. SNEED and | ) | |
| DEREVOUS M. BENFORD, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have reviewed the Government's unopposed motion to continue the preliminary pretrial conference scheduled for February 24, 2016. (Dkt. No. 58.) We hereby grant the motion and strike the February 24, 2016 conference.

The preliminary pretrial conference will take place on February 23, 2016 at 1:30 p.m. Aside from this change, our February 2, 2016 scheduling order stands in all other respects.

It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: February 4, 2016
       Chicago, Illinois

1